```
           UNITED STATES DISTRICT COURT
           NORTHERN DISTRICT OF GEORGIA
                  ATLANTA DIVISION
```

|  |  |
|---|---|
| BARRY HONIG, | |
| Plaintiff, | CIVIL ACTION |
| v. | NO. 1:16-CV-02432-CAP |
| CHRISTOPHER DROSE, ET AL | |
| Defendants, | |

O R D E R

As a senior judge of the Northern District of Georgia, I decline assignment of this case. The clerk is directed not to substitute another case for this action.

SO ORDERED, this  12th day of July, 2016.

                          s/CHARLES A. PANNELL, JR.
                          CHARLES A. PANNELL, JR.
                          United States District Judge