# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| **BARRY HONIG**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**CHRISTOPHER DROSE**, d/b/a "Bleecker Street Research" and **DOES 1-10**<br><br>Defendants. | ) CASE NO. 1:16-cv-02432-CAP<br>)<br>)<br>) **ORDER ON PLAINTIFF'S**<br>) **MOTION FOR EXPEDITED**<br>) **DISCOVERY**<br>)<br>)<br>)<br>)<br>)<br>) |

Plaintiff Barry Honig's ("Plaintiff") Motion For Expedited Discovery came on for hearing before the Court at on _____.  After consideration of all the papers filed in connection therewith and the arguments of counsel, and good cause appearing therefor,

**IT IS HEREBY ORDERED** that Plaintiff's Motion For Expedited Discovery is GRANTED in its entirety.

Plaintiff may serve his Request for Production (Set One) and Interrogatories (Set One) upon Defendant Christopher Drose ("Defendant").  Defendant shall have fifteen (15) calendar days to provide responses and responsive documents, which shall be served by electronic mail upon counsel for Plaintiff.

WEST\270171634.1

Defendant is also ordered to provide to Plaintiff's counsel dates of

availability and to make himself available for deposition within 14 calendar days

after responses and responsive documents have been provided.

**IT IS SO ORDERED.**

Dated:  _____, 2016

_____
UNITED STATES DISTRICT COURT JUDGE

Respectfully submitted by:

**DLA PIPER LLP (US)**

/s/Christopher G. Campbell
_____
Christopher G. Campbell
Georgia Bar No. 789533
One Atlantic Center
1201 West Peachtree Street, Suite 2800
Atlanta, Georgia  30309-3450
(404) 736-7800
(404) 682-7800 (Fax)

Perrie M. Weiner (*pro hac vice* admission ending)
Robert D. Weber (*pro hac vice* admission pending)
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4704

(310) 595-3000
(310) 595-3300 (Fax)

Charles J. Harder (*pro hac vice* admission pending)
**HARDER MIRELL & ABRAMS LLP**
132 S. Rodeo Dr. Suite 301
Beverly Hills, CA 90212
(424) 203-1600

Attorneys for Plaintiff Barry Honig