# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| **BARRY HONIG**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**CHRISTOPHER DROSE**, d/b/a "Bleecker Street Research" and **DOES 1-10**<br><br>Defendants. | CASE NO. 1:16-cv-02432-CAP<br><br>**NOTICE OF CHANGE OF ADDRESS** |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, as of July 28, 2016, Harder Mirell & Abrams LLP has changed its address from: 132 S. Rodeo Drive, Suite 301, Beverly Hills, CA 90212 to the following address:

132 S. Rodeo Drive, Fourth Floor
Beverly Hills, CA 90212

**PLEASE TAKE FURTHER NOTICE** that, all telephone and facsimile numbers, as well as the e-mail addresses, will remain the same. Please update your records accordingly.

Dated: July 29, 2016     **DLA PIPER LLP (US)**

s/Christopher G. Campbell
---

Christopher G. Campbell
Georgia Bar No. 789533
One Atlantic Center
1201 West Peachtree Street, Suite 2800
Atlanta, Georgia  30309-3450
(404) 736-7800
(404) 682-7800 (Fax)

Perrie M. Weiner (admitted *pro hac vice*)
Robert D. Weber (admitted *pro hac vice*)
**DLA PIPER LLP (US)**
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4704
(310) 595-3000
(310) 595-3300 (Fax)

Charles J. Harder (admitted *pro hac vice*)
**HARDER MIRELL & ABRAMS LLP**
132 S. Rodeo Drive, Fourth Floor
Beverly Hills, CA  90212
(424) 203-1600

*Attorneys for Plaintiff, Barry Honig*

## **LOCAL RULE 7.1D CERTIFICATE**

The undersigned hereby certifies that the foregoing has been formatted in Times New Roman font, 14-point type, which complies with the font size and point requirements of Local Rule 5.1C.

By: /s/ Christopher G. Campbell

## **CERTIFICATE OF SERVICE**

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

This 29th day of July, 2016.

By: /s/ Christopher G. Campbell