# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| **BARRY HONIG**, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| **v.** | ) |
| | ) CASE NO. 16-cv-02432LMM |
| | ) |
| **Christopher Drose**, "Bleecker Street Research" and **DOES 1-10** | ) |
| Defendants | ) |

## NOTICE OF ACKNOWLEDGMENT OF SERVICE OF MOTION FOR EXPEDITED DISCOVERY

The undersigned counsel for Defendant Christopher Drose hereby acknowledges service of Plaintiff's Motion for Expedited Discovery on July 27, 2016. Defendant will respond to Motion on or before August 10, 2017.

Dated: August 2, 2016

                                              s/ Jerry L. Sims
                                              Jerry L. Sims, GA Bar No. 648400
                                              Attorney for Defendant

DAVIS GILLETT MOTTERN & SIMS, LLC
Promenade, Suite 2445
1230 Peachtree Street, NE
Atlanta, Georgia 30309
Direct: (770) 481-7207
Cell:  (770) 335-4140
Fax: (404) 521-4995
Email: jlsims@ilglaw.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of this Acknowledgment of Service of Motion for Expedited Discovery has been electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record for Defendants:

>	Christopher Campbell
>	DLA PIPER LLP (US)
>	One Atlantic Center
>	1201 West Peachtree Street, Suite 2800
>	Atlanta, Georgia  30309-3450
>	christopher.campbell@dlapiper.com
>
>	Perrie M. Weiner
>	Robert D. Weber
>	DLA PIPER LLP (US)
>	2000 Avenue of the Stars
>	Suite 400 North Tower
>	Los Angeles, CA 90067-4704
>	perrie.weiner@dlapiper.com
>	robert.weber@dlapiper.com
>
>	Charles J. Harder
>	HARDER MIRELL & ABRAMS LLP
>	132 S. Rodeo Drive, Fourth Floor
>	Beverly Hills, CA 90212
>	charder@hmafirm.com

Dated this 2nd day of August, 2016.

>	s/Jerry L. Sims
>	Jerry L. Sims, GA Bar No. 648400