# IN THE UNITED STATES DISTRICT COURT FOR
# THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| **BARRY HONIG**, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| **v.** | ) |
| | ) CASE NO. 16-cv-02432LMM |
| | ) |
| **Christopher Drose**, "Bleecker Street Research" and **DOES 1-10** | ) |
| Defendants | ) |
| | ) |
| | ) |

## DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION
## FOR EXPEDITED DISCOVERY

Defendant Christopher Drose files this response to Plaintiff's Motion For Expedited Discovery and shows the Court that Defendant has no objection to the motion to expedite and will file responses to the proposed discovery within 15 days of today's date, as proposed in the motion.

Dated: August 10, 2016

s/ Jerry L. Sims
Jerry L. Sims, GA Bar No. 648400

DAVIS GILLETT MOTTERN & SIMS, LLC
Promenade, Suite 2445
1230 Peachtree Street, NE
Atlanta, Georgia 30309
Direct: (770) 481-7207
Cell:  (770) 335-4140
Fax: (404) 521-4995
Email: jlsims@ilglaw.com

CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the Answer and Affirmative Defenses has been electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record for Defendants:

>Christopher Campbell
>DLA PIPER LLP (US)
>One Atlantic Center
>1201 West Peachtree Street, Suite 2800
>Atlanta, Georgia 30309-3450
>
>Perrie M. Weiner
>Robert D. Weber
>DLA PIPER LLP (US)
>2000 Avenue of the Stars
>Suite 400 North Tower
>Los Angeles, CA 90067-4704
>
>Charles J. Harder
>HARDER MIRELL & ABRAMS LLP
>132 S. Rodeo Dr. Suite 301
>Beverly Hills, CA 90212

This 10th day of August, 2016.

>s/Jerry L. Sims
>Jerry L. Sims, GA Bar No. 648400
>Attorney for Plaintiff