# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| **BARRY HONIG**, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 16-cv-02432LMM |
| | ) |
| **Christopher Drose**, "Bleecker Street Research" and **DOES 1-10** | ) |
| Defendants | ) |
| | ) |
| | ) |

## PROPOSED ORDER EXTENDING TIME

Counsel for Defendant Christopher Drose ("Defendant") having agreed as a courtesy to Plaintiff's counsel to acknowledge service of Plaintiff's Motion for Expedited Discovery as of July 27, 2016, the date Defendant's counsel made an appearance in this case by filing Defendant's Answer; Defendant's counsel having further agreed to file Defendant's response to the motion on or before August 10, 2016; and Defendant's counsel having also agreed to file a response to the requested discovery within 15 days of the filing of Defendant's response to the motion, accordingly

IT IS HEREBY ORDERED, that the time within which the Defendant has to

respond to Plaintiff's Motion for Expedited Discovery is hereby extended through and until Wednesday, August 10, 2016.

So Ordered this ___ day of August, 2016.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE


Submitted By:
Jerry L. Sims
Georgia Bar No. 648400
Counsel for Defendant

DAVIS GILLETT MOTTERN & SIMS, LLC
Promenade, Suite 2445
1230 Peachtree Street, NE
Atlanta, Georgia 30309
Direct: (770) 481-7207
Cell: (770) 335-4140
Fax: (404) 521-4995
Email: jlsims@ilglaw.com