IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BARRY HONIG,<br><br>　　Plaintiff,<br><br>v.<br><br>CHRISTOPHER DROSE d/b/a<br>Bleecker Street Research, and DOES<br>1-10,<br>　　Defendants. | CIVIL ACTION NO.<br>1:16-CV-02432-LMM |

## ORDER

This case comes before the Court on Plaintiff's Motion for Expedited Discovery [9]. Defendant has responded to Plaintiff's Motion and does not oppose it. See Dkt. No. [13].[1]

As such, the Court **GRANTS** Plaintiff's Motion as unopposed. Plaintiff may serve his Request for Production and Interrogatories upon Defendant Drose. Defendant shall have fifteen days to provide responses and responsive documents, which shall be served by electronic mail upon counsel for Plaintiff. Defendant is also ordered to provide to Plaintiff's counsel dates of availability and

---

[1] Defendant also filed a Motion for an Extension of Time to Respond to Plaintiff's Motion [12]. Defendant filed the Motion with his response on August 10, 2016, asking that the Court give him until August 10, 2016, to respond to Plaintiff's Motion. Because Defendant acknowledged that he did not oppose Plaintiff's Motion, the Court **GRANTS** Defendant's Motion for Extension of Time. Dkt. No. [12].

to make himself available for deposition within 14 calendar days after responses and responsive documents have been provided.

## CONCLUSION

In accordance with the foregoing, the Court **GRANTS** Plaintiff's Motion for Expedited Discovery [9].

**IT IS SO ORDERED** this 15th day of August, 2016

**Leigh Martin May**
**United States District Judge**