# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| **BARRY HONIG**, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 16-cv-02432 LMM |
| | ) |
| **Christopher Drose**, "**Bleecker Street Research**" and **DOES 1-10** | ) |
| Defendants | ) |
| | ) |
| | ) |

## DEFENDANTS' MOTION FOR LEAVE TO AMEND ANSWER

Defendant Christopher Drose ("Defendant Drose") hereby moves pursuant to Fed. R. Civ. P. 15 (a) (2) for leave to amend his answer to plaintiff's complaint to add an affirmative defense under Georgia's anti-SLAPP law (O.C.G.A. §51-5-7(4) and §9-11-11.1) and a related defense of failure to state a claim upon which relief may be granted. A Memorandum of Law Supporting Defendant's Motion for Leave to Amend Answer accompanies this Motion and a proposed Amended Answer accompanies this Motion as Exhibit A.

Dated: August 25, 2016.

                                      <u>s/ Jerry L. Sims</u>
                                      Jerry L. Sims, GA Bar No. 648400

DAVIS GILLETT MOTTERN & SIMS, LLC
Promenade, Suite 2445
1230 Peachtree Street, NE
Atlanta, Georgia 30309
Direct: (770) 481-7207
Cell: (770) 335-4140
Fax: (404) 521-4995
Email: jlsims@ilglaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Defendant's Motion for Leave to Amend Answer has been electronically filed with the Clerk of the Court using the CM/ECF system, which will automatically send email notification of such filing to the attorneys of record for Plaintiffs, as follows:

>Christopher Campbell
>DLA PIPER LLP (US)
>One Atlantic Center
>1201 West Peachtree Street, Suite 2800
>Atlanta, Georgia  30309-3450
>
>Perrie M. Weiner
>Robert D. Weber
>DLA PIPER LLP (US)
>2000 Avenue of the Stars
>Suite 400 North Tower
>Los Angeles, CA 90067-4704
>
>Charles J. Harder
>HARDER MIRELL & ABRAMS LLP
>132 S. Rodeo Dr. Suite 301
>Beverly Hills, CA  90212

This 25th day of August, 2016.

>s/Jerry L. Sims
>Jerry L. Sims GA Bar No. 648400
>Attorney for Plaintiff