# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| BARRY HONIG, an individual, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CASE NO. 16-cv-02432 LMM |
| | ) |
| Christopher Drose, "Bleecker Street Research" and DOES 1-10 | ) |
| Defendants | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of Defendant Drose's Responses to Plaintiff's First Interrogatories and Responses to Plaintiff's First Request for Production of Documents was served by email on the attorneys of record for Plaintiff on August 25, 2016, as follows:

>Christopher Campbell
>DLA PIPER LLP (US)
>One Atlantic Center
>1201 West Peachtree Street, Suite 2800
>Atlanta, Georgia 30309-3450
>christopher.campbell@dlapiper.com
>
>Perrie M. Weiner
>Robert D. Weber
>DLA PIPER LLP (US)

2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4704
perrie.weiner@dlapiper.com
robert.weber@dlapiper.com

Charles J. Harder
HARDER MIRELL & ABRAMS LLP
132 S. Rodeo Dr. Suite 301
Beverly Hills, CA 90212
charder@hmafirm.com

This 25th day of August, 2016.

                                        s/Jerry L. Sims
                                        Jerry L. Sims GA Bar No. 648400
                                        Attorney for Plaintiff