IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BARRY HONIG, :<br><br>Plaintiff, :<br><br>v. :<br><br>CHRISTOPHER DROSE, *et al.*, :<br><br>Defendants. : | CIVIL ACTION NO.<br>1:16-CV-2432-LMM |

## ORDER

This case comes before the Court on Defendants' Motion for Leave to Amend Answer [16]. As he did not file a response, Plaintiff does not oppose this motion. See LR 7.1B, NDGa. For good cause shown, Defendants' Motion is **GRANTED.** See Fed. R. Civ. P. 15. The Clerk is **DIRECTED** to docket Defendants' First Amended Answer [16-1] as the operative Answer.

**IT IS SO ORDERED** this 14th day of September, 2016.

_____
**Leigh Martin May**
**United States District Judge**