IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BARRY HONIG,

    Plaintiff

v.

CHRISTOPHER DROSE, *et al.*,

    Defendants.

CIVIL ACTION NO.
1:16-cv-02432-LMM

ORDER

The above Complaint was filed on July 5, 2016. Defendant's answer was filed on July 27, 2016, and discovery is to expire on December 27, 2016. Counsel are hereby **ORDERED** to file a Joint Preliminary Report and Discovery Plan required by Local Rule 16.2, within fourteen (14) days of entry of this Order, or **SHOW CAUSE** why this case should not be dismissed pursuant to LR 41.3.

IT IS SO ORDERED, this 18th day of October, 2016.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE