THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

BARRY HONIG,

    Plaintiff,

v.

CHRISTOPHER DROSE, et al.,

    Defendants.

CIVIL ACTION NO.
1:16-CV-02432-LMM

## SCHEDULING ORDER

Upon review of the information contained in the Joint Preliminary Report and Discovery Plan form completed and filed by the parties, the Court orders that the time limits for adding parties, amending the pleadings, filing motions, completing discovery, and discussing settlement are as set out in the Federal Rules of Civil Procedure and the Local Rules of this Court, except as herein modified[1]:

Discovery is set on an eight (8) month track.

IT IS SO ORDERED, this 1st day of November, 2016.

*Leigh Martin May*
Leigh Martin May
United States District Court Judge

---

[1] The parties are advised as to future filings of the Joint Preliminary Report and Discovery Plan in cases proceeding before Judge May, that pursuant to the Standing Order Regarding Civil Litigation, the parties should set forth in the proposed Scheduling Order the dates for the end of discovery based on the track set forth by the Court for the category of case involved, for the filing of dispositive motions, and for the filing of the Pre-Trial Order.