# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | |
|---|---|
| **BARRY HONIG**, an individual,<br><br>Plaintiff,<br><br>v.<br><br>**CHRISTOPHER DROSE**, d/b/a "Bleecker Street Research" and **DOES 1-10**<br><br>Defendants. | CASE NO. 1:16-cv-02432-CAP |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), the undersigned parties hereby stipulate that this matter shall be voluntarily dismissed with prejudice as to defendant Christopher Drose. Each party agrees that it shall bear its own costs and attorneys' fees.

IT IS SO STIPULATED , this 12[h] day of April, 2017.

  /s/  Robert D. Weber            /s/   Jerry  Sims
Robert D. Weber                 Jerry L. Sims
**DLA PIPER LLP (US)**          **DAVIS GILLETT MOTTERN & SIMS LLC**
2000 Avenue of the Stars        Promenade II, Suite 2445
Suite 400 North Tower           1230 Peachtree Street, NE
Los Angeles, CA 90067-4704      Atlanta, Georgia 30309
(310) 595-3000                  (770) 481-7207

*Attorneys for Plaintiff Barry Honig*     *Attorneys for Defendant Christopher Drose*

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

This 13th day of April, 2017.

By: /s/ Robert D. Weber